PROB 12C
(6/16)

Report Date: January 30, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 31 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Joseph Maravilla     Case Number: 0980 2:08CR00140-WFN-1

Address of Offender:     Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 40 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 31, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 30, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

    **Supporting Evidence**: On June 5, 2017, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must notify the U.S. Probation Office at least 10 days prior to any change in residence.

    Kenneth Maravilla failed to report a change in residence to the U.S. Probation Office since on or about January 26, 2018.

    The undersigned officer attempted to make contact with Mr. Maravilla at his listed residence on January 26, 2018. Contact was made with Mr. Maravilla's mother, who stated she had not seen or heard from Mr. Maravilla since January 21, 2018. She indicated she did not have a means to contact the offender and did not know where he was living. She indicated she will tell Mr. Maravilla to contact the U.S. Probation Office when she speaks with him.

    As of the date of this report, Mr. Maravilla's whereabouts are unknown.

2  **Special Condition #19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 5, 2017, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed.

Mr. Maravilla failed to report as directed for random urinalysis testing on January 2, 25, and 26, 2018.

The undersigned officer attempted to reach Mr. Maravilla both telephonically and in person. Mr. Maravilla has failed to respond to any attempted contacts as of the date of this report.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/30/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/31/18

Date