PROB 12C
(6/16)

Report Date:  May 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Joseph Maravilla          Case Number: 0980 2:08CR00140-WFN-1

Address of Offender:                      Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2009          Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 40 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation
Sentence:               Prison - 2 Months
(03/01/2018)            TSR - 34 Months

Asst. U.S. Attorney:    Matthew F. Duggan           Date Supervision Commenced: March 30, 2018

Defense Attorney:       Federal Defender's Office    Date Supervision Expires: January 29, 2021

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, sate or local crime. |

**Supporting Evidence**:  On April 4, 2018, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must not commit another Federal, state, or local crime.

According to Spokane police report number 2018-20089523, Mr. Maravilla committed two counts of First Degree Assault, in violation of RCW 9A.36.011, two counts of Harassment with a Weapon Involved, in violation of RCW 9A.46.020, and one count of Malicious Mischief, in violation of Spokane municipal code 10.12.020.

Prob12C
**Re: Maravilla, Kenneth Joseph**
**May 16, 2018**
**Page 2**

On May 14, 2018, an officer was dispatched to 54 East Wellesley Avenue, for a report of a male who pointed a gun at three occupants within the tattoo shop and threatened to kill them.

The report states Mr. Maravilla shoved a female backward during an argument. As the argument escalated, Mr. Maravilla pulled what appeared to be a small, black, semiautomatic firearm from his waistband. Mr. Maravilla then pointed the gun at his ex-girlfriend and told her he was going to kill her. The offender then pointed the gun at another male and told him he would "smoke him." The owner of the tattoo shop was able to get Mr. Maravilla to leave the shop.

Once outside, Mr. Maravilla slammed his car door into the driver's side door of his ex-girlfriend's car, breaking the driver side mirror.

2          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On April 4, 2018, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must report as directed to his U.S. probation officer.

Kenneth Maravilla failed to report as directed on May 14, 2018.

On May 14, 2018, the undersigned officer spoke with Mr. Maravilla and directed him to report to the U.S. Probation Office to provide a urine test by 4 p.m. Mr. Maravilla agreed and stated he would report. As of the date of this report, Mr. Maravilla has failed to report as directed.

3          **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 4, 2018, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must report as directed for urinalysis testing.

Kenneth Maravilla failed to report as directed by his U.S. probation officer for urinalysis testing on May 14, 2018.

On May 14, 2018, the undersigned officer spoke with Mr. Maravilla and directed him to report to the U.S. Probation Office to provide a urine test by 4 p.m. Mr. Maravilla agreed and stated he would report. As of the date of this report, Mr. Maravilla has failed to report for urinalysis testing.

Prob12C
**Re: Maravilla, Kenneth Joseph**
**May 16, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 16, 2018
_____

s/Patrick J. Dennis
_____

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial
Officer

5/16/18
_____
Date