PROB 12C
(6/16)

Report Date: May 2, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Joseph Maravilla          Case Number: 0980 2:08CR00140-WFN-1

Address of Offender:                    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2009

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 40 Months              Type of Supervision: Supervised Release
                       TSR - 36 Months

Revocation
Sentence:
(03/01/2018)           Prison - 2 Months
                       TSR - 34 Months

Asst. U.S. Attorney:   Matthew F. Duggan              Date Supervision Commenced: March 30, 2018

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: January 29, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Kenneth Maravilla was found guilty on April 22, 2019, of unlawful possession of a firearm in Spokane County Superior Court in violation of mandatory condition number 1. |
| | According to Spokane police report number 2018-20089523, on May 14, 2018, an officer was dispatched to 54 East Wellesley Avenue for a report of a male who pointed a gun at three occupants within the tattoo shop and threatened to kill them. |
| | The report states Mr. Maravilla shoved a female backward during an argument. As the argument escalated, Mr. Maravilla pulled what appeared to be a small, black semiautomatic firearm from his waistband.  Mr. Maravilla then pointed the gun at his ex-girlfriend and told |

Prob12C
Re: Maravilla, Kenneth Joseph
May 2, 2019
Page 2

her he was going to kill her. The offender then pointed the gun at another male and told him he would "smoke him." The owner of the tattoo shop was able to get Mr. Maravilla to leave the shop.

On April 4, 2018, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

5    **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designated, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Kenneth Maravilla was found guilty on April 22, 2019, of unlawful possession of a firearm in Spokane County Superior Court in violation of standard condition number 10.

According to Spokane police report number 2018-20089523, on May 14, 2018, an officer was dispatched to 54 East Wellesley Avenue for a report of a male who pointed a gun at three occupants within the tattoo shop and threatened to kill them.

The report states Mr. Maravilla shoved a female backward during an argument. As the argument escalated, Mr. Maravilla pulled what appeared to be a small, black semiautomatic firearm from his waistband. Mr. Maravilla then pointed the gun at his ex-girlfriend and told her he was going to kill her. The offender then pointed the gun at another male and told him he would "smoke him." The owner of the tattoo shop was able to get Mr. Maravilla to leave the shop.

On April 4, 2018, Kenneth Maravilla signed his judgment for case number 2:08CR00140-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Maravilla was made aware by his U.S. probation officer that he must not own, possess, or have access to a firearm.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    5/2/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Maravilla, Kenneth Joseph**
May 2, 2019
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____5/6/19_____
Date